## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **TIMUR ASKARBEKOV #A249-262-786** | **CIVIL ACTION NO. 26-2133 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **E GARCIA ET AL** | **MAG. JUDGE MCCLUSKY** |

## MEMORANDUM ORDER

Before the Court is an Emergency Motion for a Temporary Restraining Order, Preliminary Injunction, and Immediate Release (ECF No 3), filed by the habeas petitioner in this case, Timur Askarbekov.  Because the Motion seeks the same remedy on the same basis as the Petition, to-wit, release from detention under *Zadvydas v. Davis,* 533 U.S. 678, 701–02 (2001), it is **DENIED**.  *See Rodriguez v. Lyons*, No. CV 25-1926, 2025 WL 3553742, at *1 (W.D. La. Dec. 8, 2025) (denying a "motion to decide my habeas petition now."); *Peters v. Davis*, No. 6:17-cv-595, 2018 WL 11463602, at *2 (E.D. Tex. Mar. 27, 2018) (explaining that a TRO is not purposed "to give a plaintiff the ultimate relief he seeks"); *Lindell v. United States*, 82 F.4th 614, 618 (8th Cir. 2023) ("[T]he purpose of injunctive relief is to preserve the status quo; it is not to give the movant the ultimate relief he seeks.").

**THUS DONE AND SIGNED** this 24th day of June, 2026.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**